OFFICE OF THE CIRCUIT MEDIATORS
**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**
**331 POTTER STEWART U.S. COURTHOUSE**
**100 EAST FIFTH STREET**
**CINCINNATI, OHIO 45202-3988**
CA06-MEDIATION@CA6.USCOURTS.GOV

CATHERINE C. GEYER
*Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

TELEPHONE (513) 564-7330
FAX (513) 564-7349

November 23, 2026

G. Brandon Hall
Mekesha H. Montgomery

Re: *Evan Gaines v. Concentrix SREV Delaware, Inc.,* CA No. 26-6036

**NOTICE OF RESCHEDULED MEDIATION CONFERENCE**

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that the mediation conference previously set for December 16, 2026, has been rescheduled for **January 7, 2027** at **9:30 AM EASTERN TIME** with John Minter. **A conference invitation will be provided to counsel.**

Sincerely,

Connie A. Weiskittel

Connie A. Weiskittel
Mediation Administrator

cc: John A. Minter

**NOTE: The Confidential Mediation Background Information Forms are now due December 30, 2026 if not already submitted.**